UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL PUBLIC RADIO, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES AGENCY FOR GLOBAL MEDIA, et al.,<br><br>Defendants. | Civil Action No. 25-3936 |

## **ANSWER**

Defendants U.S. Agency for Global Media (the "USAGM") and General Services Administration ("GSA") (collectively "Defendants"), by and through undersigned counsel, respectfully submit the following Answer to Plaintiffs' Complaint filed on November 13, 2025 in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") action.

Defendants deny all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their accurate and complete contents in response; however, Defendants' responses are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiffs; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action.  To the extent the allegations in this seek to provide background facts in support of allegations of public interest, Defendants presently lack knowledge or information sufficient to form a belief as to the existence or extent of any public interest, including as compared to any countervailing interests.

Defendants respond to the separately numbered paragraphs and prayer for relief in the Complaint as follows:

1.      The allegations in Paragraph 1 consist of background on this action, the Plaintiffs' FOIA request, and the Defendants' responses, each of which speaks for itself.

2.      The allegations in Paragraph 2 consist of background on this action, the Plaintiffs' FOIA request, and the Defendants' responses, each of which speaks for itself.

### Jurisdiction and Venue

3.      The allegations in Paragraph 3-4 consist of conclusions of law regarding jurisdiction, to which no response is required. To the extent a response is deemed required, Defendants admit that the Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

4.      The allegations in Paragraph 3-4 consist of conclusions of law regarding jurisdiction, to which no response is required. To the extent a response is deemed required, Defendants admit that the Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

### Parties

5.      Paragraph 5 contains Plaintiffs' characterization of itself, to which no response is required.

6.      Paragraph 6 contains Plaintiffs' characterization of itself, to which no response is required.

7.      Defendants USAGM admits.

8.      Defendants GSA admits.

**Facts**

9.      This paragraph consists of Plaintiffs' description of its FOIA request, attached as an exhibit to the Complaint.  USAGM refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

10.      USAGM admits that it received a FOIA request from Plaintiffs by email on or about March 31, 2025.  USAGM respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

11.      This paragraph consists of Plaintiffs' description of its FOIA request, attached as an exhibit to the Complaint.  USAGM refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

12.      This paragraph consists of Plaintiffs' description of its FOIA request, attached as an exhibit to the Complaint.  USAGM refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

13.      This paragraph consists of Plaintiffs' description of its FOIA request, attached as an exhibit to the Complaint.  USAGM refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

14.      This paragraph consists of Plaintiffs' description of its FOIA request, attached as an exhibit to the Complaint.  USAGM refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent

therewith.

15.     USAGM admits that it sent Plaintiffs an acknowledgement email on or about April 3, 2025.  USAGM respectfully refers the Court to Exhibit B of the Complaint, which appears to be a true and correct copy of the email Plaintiffs references, for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

16.     USAGM admits that it denied expedited processing for the FOIA request to USAGM in an email on or about April 10, 2025.  USAGM respectfully refers the Court to Exhibit C of the Complaint, which appears to be a true and correct copy of the email Plaintiffs references, for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

17.     USAGM admits.

18.     USAGM admits that it did not send further communications to Plaintiffs after denying expediting processing and before the filing of the Complaint.

The GSA Request

19.     This paragraph consists of Plaintiffs' description of its FOIA request, attached as Exhibit D.  Defendants GSA refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

20.     This paragraph consists of Plaintiffs' description of its FOIA request, attached as Exhibit D.  Defendants GSA refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

21.     This paragraph consists of Plaintiffs' description of its FOIA request, attached as Exhibit D.  Defendants GSA refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

22.     This paragraph consists of Plaintiffs' description of its FOIA request, attached as

Exhibit D.  Defendants GSA refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

23.     This paragraph consists of Plaintiffs' description of its FOIA request, attached as Exhibit D. Defendants GSA refers the Court to the underlying FOIA request for a full and accurate description of the request's contents and denies any allegations inconsistent therewith.

24.     Defendants GSA admits, as of the date of the Complaint, it had not assigned a request number to Plaintiffs' request. As to the information reflected on the PAL Portal regarding Plaintiffs' request, Defendants GSA lacks knowledge or information sufficient to form a belief about the truth of those allegations.

25.     GSA admits.

26.     GSA admits.

## PLAINTIFFS' CLAIMS FOR RELIEF

### COUNT I
### Violation of FOIA for Failure to Comply with Statutory Deadlines

27.     Defendants incorporate by reference its answers to the preceding paragraphs of the Complaint.

28.     Defendants admit.

29.     This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required. To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

30.     This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required. To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

31.     This paragraph does not contain allegations of fact but rather conclusions of law

to which no response is required. To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

32. This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required. To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

## COUNT II
### Violation of FOIA for Wrongful Withholding of Agency Records

33. Defendants re-allege and incorporate by reference the preceding answers of the Complaint.

34. Defendants admit.

35. This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required.  To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

36. This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required.  To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

37. Defendants re-allege and incorporate by reference their answers to the allegations in Paragraphs 18 and 26 of the Complaint.  Defendants deny any remaining allegations contained in Paragraph 37.

38. This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required.  To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

39. This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required.  To the extent that a response is deemed required, Defendants

6

deny the statements in this paragraph.

40.     This paragraph does not contain allegations of fact but rather conclusions of law to which no response is required.  To the extent that a response is deemed required, Defendants deny the statements in this paragraph.

### Requested Relief

The remaining paragraphs of the Complaint constitute Plaintiffs' request for relief, to which no response is required.  To the extent a response is deemed required, Defendants deny that Plaintiffs is entitled to the relief requested or to any relief whatsoever.

### DEFENSES

In further response to the Complaint, Defendants raise the following defenses. Defendants reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants through the course of the litigation.

### FIRST DEFENSE

Some or all of Plaintiffs' FOIA request does not reasonably describe the records sought.

### SECOND DEFENSE

Plaintiffs' FOIA requests, as drafted, would require Defendants to undertake an unreasonably burdensome effort of reviewing, redacting, and arranging for production of a vast quantity of largely irrelevant or duplicative material, which exceeds the reasonable efforts required by 5 U.S.C. § 552(a)(3).

### THIRD DEFENSE

Plaintiffs are not entitled to compel production of records exempt from disclosure by one or more exemptions or exclusions to the FOIA.

7

## FOURTH DEFENSE

The Court lacks subject-matter jurisdiction to award relief that exceeds that authorized by FOIA.

## FIFTH DEFENSE

Plaintiffs are neither eligible for nor entitled to attorney's fees or costs.

Dated: January 21, 2026
      Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ David S. Bettwy*
    DAVID S. BETTWY, D.C. Bar #155148
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2410
    David.Bettwy@usdoj.gov

*Attorneys for the United States of America*