UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, et al.,

      Plaintiffs,

  v.

UNITED STATES AGENCY FOR GLOBAL
MEDIA, et al,

      Defendants.

Civil Action No. 25-3936 (TSC)

**JOINT STATUS REPORT**

Pursuant to the Court's February 19, 2026 Minute Order, Plaintiffs, National Public Radio, Inc. and David Folkenflik ("Plaintiffs"), and Defendants, the United States Agency For Global Media ("USAGM") and the General Services Administration ("GSA"), by and through the undersigned counsel, respectfully submit this joint status report.

Plaintiffs bring this case under the Freedom of Information Act ("FOIA") seeking responses to two requests "regarding leasing matters related to the headquarters building of USAGM and Voice of America building and the decision to vacate or lease a new building." *See* Compl. (ECF No. 1) ¶ 9.  Plaintiffs filed the complaint on November 13, 2025 (ECF No.1), and Defendant answered on January 21, 2026 (ECF No. 8).

The parties respectfully request an additional week to submit a further and more fulsome joint status report. The parties need to continue to meet and confer regarding the scope of USAGM's search and whether the search can be further narrowed.  The Defendant GSA reports that it has completed a search and no documents have been located in response to the FOIA request. GSA sent Plaintiffs a "no records" response on February 27, 2026, which is GSA's final response to Plaintiffs' request.  The Defendant USAGM has conducted a preliminary search, which revealed

over 50,000 hits.  The Defendant USAGM and the Plaintiff seek to further confer to determine whether and how the agency's search can be narrowed. Thus, the parties request that they submit a subsequent Joint Status report in one week on March 26, 2026, to complete the conferral process as to the search terms and scope. Additionally, due to the parties' forthcoming meet and confer, there are no issues ripe for summary judgment briefing at this time.

To that end, the parties propose that they file a subsequent status report on or before March 26, 2026, updating the Court on the of the FOIA request and any issues that remain outstanding.

Dated:   March 19, 2026                                   Respectfully submitted,
         Washington, DC


                                                          JEANINE FERRIS PIRRO
*/s/ Adam A. Marshall*                                    United States Attorney
ADAM A. MARSHALL
REPORTERS COMMITTEE FOR                                   By: */s/ Heather Graham-Oliver*
FREEDOM OF THE PRESS                                      HEATHER GRAHAM-OLIVER
1156 15TH St., NW Suite 1020                              DAVID S. BETTWY
Washington, D.C. 20005                                    Assistant United States Attorneys
(202) 795-9300                                            601 D Street, N.W.
EMAIL: amarshall@rcfp.org                                 Washington, D.C. 20530
                                                          (202) 252-2520
*Attorneys for Plaintiffs*                                heather.graham-oliver@usdoj.gov
                                                          david.bettwy@usdoj.gov


                                                          *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, et al.,

        Plaintiffs,

    v.

UNITED STATES AGENCY FOR GLOBAL
MEDIA, et al,

        Defendants.

Civil Action No. 25-3936 (TSC)

**[PROPOSED] ORDER**

Upon consideration of the Parties' joint status report, it is hereby

ORDERED that the parties shall file a subsequent status report on March 26, 2026,

updating the Court on the status of the FOIA request and any issues that remain outstanding.

ORDERED that the next status report is due on March 26, 2026.

SO ORDERED

Date: _____

                             _____
                             District Court Judge